U.S. DISTRICT COURT    Habeas Corpus
NORTHERN DISTRICT   1983 U.S.C 2254

Anthony Dewayne Johnson

— vs —

Holiday Inn Express      *CAUSE: 2:23-cv-00132-TBM-RPM
Tupelo, Ms   1612 McClure Cove, 38801
923 North Gloster

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 18 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

: Motion to Show Cause : "For Dismissal of Employment or Firing."

On or about Aug. 24th I was asked to leave my job at 1:30p.m. Because on a Thursday Because I Had complained to my Assist Manager Denise at current time about Supervisor Joe over maintenance at Holiday Inn for the 3rd time for mistreatment and noting that I had previously twice complained to my Manager Angie about Denise & Joe both mistreating me by using the N word and Joe drinking & using liquid THC in his vape and loosing his tools and making me find them by telling his sisters which is Manager Angie & Assist Manager Denise that I misplaced them and cursing me out and yelling at me. I worked their 3 weeks and fixed all the rooms that had been down for 3 months only to be told by my supervisor to stop fixing everything cause we get paid by the hour. On Aug 17th I told my manager that I caught Joe going through my bag along with housekeeping long time personel "The 3 black women" don't know their names about what Joe & management was taking me through and him stealing my money. Then I spoke with Mr. John who was my Mait. Director the problems I had. Thursday I told Denise the Assist. Manager & Joe sister How Joe was not working & hiding from work and using the

N word comfortably but saying HE don't MEAN NO HARM CAUSE HE got mixed Nieces & Nephews. AFTER I told His sister Denise, I called His sister Angie & text Her About them sending ME Home, then they conspired with each other And said I was giving girls My Number And violated My Constitutional Rights to Due Process, Discrimination, Equal opportunity, And Fed & State & City Laws of Employment by terminating ME For No Reason & UNFAIR Practices Amongst Labor Laws Also Holiday Inn Manager Angie violated Employment Hiring Policy & Procedures When Hiring Kin People or Relatives by Being apart of the Hiring And influencing THE Hiring. I was treated unjust & unfairly And My Constitutional Rights were violated By Holiday Inn Express!!

Relief

PAIN & Suffer Monetary Damages & My Job Back And to Have personel reprimand For Action.

---